## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Mag No. 21-7112 |
| v. | |
| SHANNON FOSTER | ORDER FOR CONTINUANCE |

This matter having come before the Court on the joint application of the United States, by Philip R. Sellinger, United States Attorney for the District of New Jersey (Daniel A. Friedman, Assistant U.S. Attorney, appearing), and defendant Shannon Foster (Jose Luis Ongay, Esq., appearing) for an order granting a continuance of proceedings in the above-captioned matter; and the defendant being aware that she has the right to have the matter submitted to a grand jury within 30 days of the date of her arrest pursuant to Title 18, United States Code, Section 3161(b); and four prior continuances having been entered; and the defendant, through her attorney, having consented to the continuance; and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. The parties desire additional time to exchange discovery and conduct plea negotiations, which may render any grand jury proceedings and any subsequent trial of this matter unnecessary;

1

2. The failure to grant such a continuance would deny counsel for the defendant or the attorney for the government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence;

3. The defendant has consented to the aforementioned continuance;

4. The grant of a continuance will likely conserve judicial resources; and

5. Pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS, therefore, on this 2nd day of June, 2022,

(1) ORDERED that this action be, and hereby is, continued until July1 1, 2022; and it is further

(2) ORDERED that the period from the date of this order through July 1, 2022 be and it hereby is excluded in computing time under the Speedy Trial Act of 1974, 18 U.S.C. § 3161 *et seq.*

_____
HONORABLE SHARON A. KING
United States Magistrate Judge

Consented to as to form and entry:

*[signature]*

DANIEL A. FRIEDMAN
Assistant U.S. Attorney


/s/ Jose Luis Ongay

Jose Luis Ongay, Esq.
Counsel for Shannon Foster